IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LOTTIE R. CARROLL, | ) |
|       Plaintiff, | ) Case No. |
| v. | ) |
| SENTRYLINK, LLC, | ) |
|       Defendant. | ) |

## DEFENDANT SENTRYLINK, LLC'S NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

Defendant Sentrylink, LLC ("Sentrylink"), with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, removes the above-captioned action from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §1331, 1441, and 1446. In support thereof, Sentrylink states as follows:

### I. Procedural Requirements for Removal are Satisfied

1. Plaintiff filed a lawsuit against Sentrylink in the District Court of Wyandotte County, Kansas, on or about November 9, 2016.

2. Sentrylink was served with process on or about November 17, 2016. Sentrylink has not yet answered the Plaintiff's Petition.

3. As required by 28 U.S.C. §1446(a), a copy of all records and proceedings from the District Court are attached as Exhibit A.

4. This Notice of Removal is properly directed to this Court as it is the District Court embracing the District Court of Wyandotte County, Kansas, where Plaintiff's Petition is pending.

5. Without waiving objections to service, this Notice of Removal is timely under 28 U.S.C. §1446(b) as it is filed within thirty (30) days of service.

6. In accordance with 28 U.S.C. §1446(d), Sentrylink is filing a written notice of this removal with the Clerk of the District Court of Wyandotte County, Kansas, where Plaintiff's Petition is pending. A copy of this Notice of Removal and the written notice of the same are also being served upon Plaintiff's counsel.

## II.  Federal Question Jurisdiction Exists

7. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1331 because Plaintiff's Petition only asserts violations of the Fair Credit Reporting Act 15 U.S.C §1681 *et seq.* Thus, this action may be removed to this Court pursuant to 28 U.S.C. §1441(c).

WHEREFORE, Sentrylink, LLC respectfully removes this action from the District Court of Wyandotte County, Kansas, to this Court pursuant to 28 U.S.C. §§1331, 1441, and 1446. Should any question arise as to the propriety of this removal, Sentrylink respectfully requests an opportunity to provide briefing and oral argument.

## DEMAND FOR JURY TRIAL

Sentrylink demands a jury trial on all issues so triable.

                LAW OFFICE OF PAUL D. LARIMORE

                By /s/ Jenifer W. Svancara
                Jenifer Svancara , # 20966
                7400 College Blvd., Suite 250
                Overland Park, KS 66210
                (913) 661-2730; FAX: (314) 682-1420
                jenifer.svancara@cna.com
                ATTORNEY FOR DEFENDANT
                SENTRYLINK, LLC

### *CERTIFICATE OF SERVICE*

      I hereby certify that a copy of the above and foregoing was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the clerk of said Court (with a copy to be mailed to any individuals who do not receive electronic notice from the clerk) this 29th day of November, 2016.

A.J. Stecklein, #16330
Michael Rapp, #25702
Brian Johnson, #26934
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
Phone: (913) 371-0727
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
bj@kcconsumerlawyer.com
ATTORNEYS FOR PLAINTIFF

/s/ Jenifer W. Svancara
Jenifer W. Svancara