ELECTRONICALLY FILED
2016 Nov 09 AM 10:29
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-005220

Lottie Carroll

vs.

SentryLink LLC

Division: 11

## SUMMONS

To the above-named Defendant/Respondent:

> SentryLink LLC
> RA: ERICA KANE
> 7500 GREENWAY CENTER DRIVE
> SUITE 1040
> GREENBELT, MD 20770-3502

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 12/05/2016, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed by Pam Brown on 11/09/2016 02:25:39 PM

Documents to be served with the Summons:



EXHIBIT A

PLE: Petition Petition

ELECTRONICALLY FILED
2016 Nov 09 AM 10:29
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-005220

Lottie Carroll
vs.
SentryLink LLC

Division: 11

## SUMMONS

To the above-named Defendant/Respondent:

> SentryLink LLC
> RA: ERICA KANE
> 7500 GREENWAY CENTER DRIVE
> SUITE 1040
> GREENBELT, MD 20770-3502

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 12/05/2016, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed by Pam Brown on 11/09/2016 02:25:39 PM

Documents to be served with the Summons:

PLE: Petition Petition

Lottie Carroll

vs.

SentryLink LLC

ELECTRONICALLY FILED
2016 Nov 09 AM 10:29
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-005220

Division: 11

## SUMMONS

To the above-named Defendant/Respondent:

> SentryLink LLC
> RA: ERICA KANE
> 7500 GREENWAY CENTER DRIVE
> SUITE 1040
> GREENBELT, MD 20770-3502

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 12/05/2016, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed by Pam Brown on 11/09/2016 02:25:39 PM

Documents to be served with the Summons:

PLE: Petition Petition

ELECTRONICALLY FILED
2016 Nov 09 AM 10:29
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-005220

## In the District Court of Wyandotte County, Kansas
## Limited Actions Division

| | |
|---|---|
| LOTTIE R. CARROLL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SENTRYLINK LLC,<br><br>　　　　　Defendant. | Case Number: 2016-LM-005220<br><br>Division: 11 |

### PETITION

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendant states as follows:

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter FCRA) 15 U.S.C. §1681 et seq.

2. Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

4. Plaintiff is a resident of Kansas.

5. Defendant SentryLink LLC is a Maryland Limited Liability Company.

6. At all times relevant hereto, Defendant SentryLink LLC was and is engaged

in the business of reporting criminal background reports, all within Kansas.

7. On July 28, 2016 Defendant issued a criminal background report professing to reflect Plaintiff's criminal history.

8. The report was derogatory and inaccurate in the following regard:

   a. It included obsolete, non-conviction, criminal history that is older than seven and a half years.

9. The inaccurate information negatively reflects upon the Plaintiff.

## Count I – Violations of the FCRA

Comes now Plaintiff and for Count I against the Defendant state and alleges to the Court as follows:

10. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

11. At all times pertinent hereto, SentryLink LLC regularly engaged in whole or in part in the practice of assembling or evaluating consumer criminal history information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

12. At all times pertinent hereto, the Plaintiff is a individuals and hence a "consumers" as that term is defined by 15 U.S.C. §1681a(c).

13. At all times pertinent hereto, the above-mentioned consumer reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character,

general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

14. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on consumer reporting agencies of information pursuant to 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiff's reports.

15. The conduct of Defendant's was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

WHEREFORE, Plaintiff seek judgment in Plaintiff's favor and damages against the Defendant based on the following requested relief:

    a. Statutory damages;

    b. Actual damages;

    c. Punitive damages

    d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§1681n and

1681o; and

  e. Such other and further relief as may be necessary, just and proper

            Respectfully submitted,
            By: /s/ A.J. Stecklein
            A.J. Stecklein #16330
            Michael Rapp #25702
            Brian Johnson #26934
            Stecklein & Rapp
            748 Ann Avenue
            Kansas City, KS 66101
            Telephone: (913) 371-0727
            Facsimile:
            Email: aj@kcconsumerlawyer.com
               mr@kcconsumerlawyer.com
               bj@kcconsumerlawyer.com
            Attorneys for Plaintiffs