UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LOTTIE R. CARROLL,

                Plaintiff,

vs.                                  Case Number: 16-CV-02786 JAR/GEB

SENTRYLINK, LLC,

                Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Lottie R. Carroll; Defendant is SentryLink, LLC.

2. On November 9, 2016, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3. On November 30, 2016, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. Defendant filed an Answer on December 5, 2016 (Doc. 6).

5. Plaintiff now moves to dismiss the lawsuit against Defendant.

6. Defendant agrees to the dismissal.

7. This case is not a class action.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice to refiling.

12. Each party is to bear its own fees and costs.

>Respectfully submitted,
>
>By: /s/ A.J. Stecklein
>A.J. Stecklein #16330
>Michael H. Rapp #25702
>Stecklein & Rapp Chartered
>748 Ann Avenue
>Kansas City, Kansas 66101
>Telephone:  913-371-0727
>Facsimile:  913-371-0727
>Email: AJ@KCconsumerlawyer.com
>         MR@KCconsumerlawyer.com
>Attorney for Plaintiffs
>
>By: /s/ Jenifer W. Svancara
>Jenifer W. Svancara #20966
>Law Office of Paul D. Larimore
>7400 College Boulevard, Suite 250
>Overland Park, Kansas 66210
>Telephone: 913-661-2730
>Facsimile: 314-682-1420
>Email: jenifer.svancara@can.com
>Attorneys for Defendant SentryLink, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on July 21, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

>/s/ A.J. Stecklein
>A.J. Stecklein #16330